MYRTLE M. SCHULTZ, APPELLANT, V. LEROY SCHULTZ,
APPELLEE.

322 N.W.2d 824

Filed August 13, 1982.  No. 81-923.

John A. Wagoner, for appellant.

Arend R. Baack of Luebs, Dowding, Beltzer, Leininger & Smith, for appellee.

KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court.  The judgment is affirmed.

AFFIRMED.